619 A.2d 1061

PENNSYLVANIA ASSOCIATION OF
REHABILITATION FACILITIES

v.

Constance B. FOSTER, Insurance Commissioner of the
Commonwealth of Pennsylvania, and the Pennsylvania
Insurance Department, Appellants.

Supreme Court of Pennsylvania.

Argued Jan. 28, 1993.

Decided Feb. 17, 1993.

Gregory P. Miller, Sp. Counsel, Philadelphia, Linda J. Wells, Zella M. Smith, Victoria A. Reider, Richard D. Spiegelman, Harrisburg, for Pa. Insurance Dept.

Christopher A. Lewis, Philadelphia, Howard A. Burde, Philadelphia, for Pa. Ass'n of Rehabilitation Facilities.

Before LARSEN, FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY and MONTEMURO, JJ.

ORDER

PER CURIAM:

Order affirmed.

NIX, C.J., did not participate in the consideration or decision of this case.